2016V01455/PWG/fk

WILLIAM E. FITZPATRICK
Acting United States Attorney
By: Peter W. Gaeta
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645.2927
Fax: 973.297.2042
peter.gaeta@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Kevin McNulty, U.S.D.J. |
| Plaintiff, | Civil Action. No. 16-2958 (KM) |
| v. | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $45,100.00 IN UNITED STATES CURRENCY | |
| Defendant *in rem.* | |

**WHEREAS**, on or about January 5, 2016, the U.S. Drug Enforcement Administration ("DEA") seized $45,100.00 in United States currency, from carry-on luggage belonging to Zhan Lin at Terminal C, Security Checkpoint C1, at Newark Liberty International Airport in Elizabeth, New Jersey (the "defendant property");

**WHEREAS**, on or about March 1, 2016, the DEA received an administrative claim from Zhan Lin through his counsel Thomas P. Sleisenger, Esq;

**WHEREAS**, on May 24, 2016, the United States commenced a civil judicial action for the forfeiture of the defendant property by filing a Verified Complaint for Forfeiture In Rem (the "Verified Complaint"). (ECF No.1);

**WHEREAS**, the Verified Complaint alleges that the defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because it constitutes money furnished or intended to be furnished in exchange for a controlled substance or represents proceeds traceable to an exchange for a controlled substance, a violation of the Controlled Substances Act, in violation of 21 U.S.C. § 801, et seq.;

**WHEREAS**, on or about June 1, 2016, the United States filed with this Court a Notice of Complaint for Forfeiture *In Rem* (the "Notice of Complaint") (ECF No.3) and sent copies of the Verified Complaint and the Notice of Complaint, by certified mail return receipt requested, to Thomas P. Sleisenger, Esq. in his [her struck through] capacity as counsel to Zhan Lin. (See Declaration of Peter Gaeta with Exhibits, hereinafter "Gaeta Decl." at Exhibit A, filed herein);

**WHEREAS**, the Notice of Complaint stated that any person who wished to assert an interest in and avoid forfeiture of the defendant property must file a conforming Claim with the Clerk of the Court no later than thirty-five (35) days from the date of mailing of direct notice or the date of delivery, if personally served (i.e. July 6, 2016), or, if direct notice was not sent to the claimant or the claimant's attorney, no later than 60 days after the first day of publication on an official internet government forfeiture site. In addition, the Notice of Complaint also detailed the procedure for filing a claim and answer

while stating that failure to timely file a conforming Claim, or failure to file an Answer or Motion, would result in the United States seeking judgment by default for the relief demanded in the Verified Complaint for Forfeiture *In Rem.*;

**WHEREAS**, the United States posted notice of this forfeiture action on an official government internet site, namely www.forfeiture.gov, May 28, 2016, and running for thirty consecutive days, through June 26, 2016, as permitted by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules"). Proof of publication was filed with the Court on or about June 9, 2017;

**WHEREAS**, on or about June 6, 2016, copies of the Verified Complaint, and Notice of Complaint were delivered to the office of Thomas P. Sleisenger, Esq, as counsel for potential claimant Zhan Lin, which is located at 1901 Avenue of the Stars, Suite 615, Los Angeles, California, 90067. (Gaeta Decl. at Exhibit A); and

**WHEREAS**, no conforming Claim and/or Answer has been filed within the time required by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant property.

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely $45,100.00 in United States currency, and no right, title or interest in the defendant property shall exist in any other party; and

2. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this   3d   day of   October   , 2017

_____
HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE